Sears, Roebuck & Co. et al. v. United States

No. 5956.—Invoices dated Berlin, Germany, December 18, 1936, etc.
Certified December 19, 1936, etc.
Entered at Memphis, Tenn., February 3, 1937; New Orleans, La.,
December 31, 1935; Philadelphia, Pa., May 5, 1937; Boston, Mass.,
September 13, 1937, etc.
Entry Nos. 58, 1804, 10866, 3834, etc.

(Decided on remand (Abstract 48683), November 18, 1943)

*James W. Bevans* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General (*Dorothy C. Bennett*, special attorney),
for the defendant.

Oliver, Presiding Judge: In conformity with the mandate of the
Third Division of this court (Abstract 48683), the appeals for reappraisement listed in schedule A, hereto attached and made a part
hereof, are hereby dismissed.

Judgment will be rendered accordingly.